UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELLIE CASILLAS,<br><br>                                    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE<br>CORPORATION, et al.,<br><br>                                    Defendants. | Case No.:  26-cv-01605-AJB-SBC<br><br>**ORDER DIRECTING CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT COSTCO WHOLESALE CORPORATION** |

On January 2, 2026, Plaintiff Nellie Casillas ("Casillas") initiated this action in San Diego County Superior Court. (Doc. No. 1-2 at 2–5.) It appears that Casillas served the complaint on Defendant Costco Wholesale Corporation ("Costco") on or before February 5, 2026. (*See id.* at 7–9.) On that day, Costco served a "Demand for Statement of Damages" on Casillas. (*Id.*) On February 24, 2026, Casillas served Costco with a Statement of Damages identifying over $2,010,000 in damages. (*Id.* at 11–14.) On March 13, 2026, Costco removed this action to federal court. (Doc. No. 1.)

Costco has defaulted. Pursuant to Federal Rule of Civil Procedure 81(c)(2), a defendant must file an answer in a removed action

within the longest of these periods:

(A)  21 days after receiving—through service or otherwise—a copy of the

1

initial pleading stating the claim for relief;

(B)  21 days after being served with the summons for an initial pleading on file at the time of service; or

(C)  7 days after the notice of removal is filed.

Costco's deadline to submit a responsive filing has passed. It is not clear when Costco received a copy of Casillas' complaint or when Casillas served a summons and a copy of the complaint on Costco. (*See generally* Doc. No. 1.) Nevertheless, it appears that one of these actions must have occurred by February 5, 2026, as that is when Costco served a Demand for Statement of Damages on Casillas. (Doc. No. 1-2 at 7–9.) Thus, Costco's deadline to respond under Rule 81(c)(2)(A) or (B) would have been February 26, 2026. Alternatively, because Costco removed this action to federal court on March 13, 2026, Costco's deadline to respond under Rule 81(c)(2)(C) would have been March 20, 2026. Using the latest deadline, Costco should have submitted a responsive pleading by March 20, 2026.

Costco has not.

Accordingly, the Clerk of Court is **DIRECTED** to enter default against Costco. *See* Fed. R. Civ. P. 55(a). Casillas must file a motion for default judgment no later than thirty days from the docketing of this Order. *See* CivLR 55.1. Casillas is cautioned that a failure to properly move for default judgment may result in the Court dismissing this action without prejudice. *See id.*

**IT IS SO ORDERED**.

Dated:  March 30, 2026

_____
Hon. Anthony J. Battaglia
United States District Judge

2

26-cv-01605-AJB-SBC